

FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>          Plaintiff, <br> v. <br> Michael Lenny Tejada <br>          Defendant. | Case No.: ED09CR101-VAP <br><br> ORDER OF DETENTION <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- INSUFFICIENT BACKGROUND INFORMATION
- UNDERLYING ALLEGATIONS / FIREARM POSS.
- HISTORY OF SUBSTANCE ABUSE
- NO IDENTIFIED BAIL RESOURCES (NO INFO @ MOTHER)
- SUBMISSION

1  and/or

2  B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____
_____
_____
_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/19/16

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2