```
                                FILED
                      CLERK, U.S. DISTRICT COURT

                             JAN - 9 2026

                      CENTRAL DISTRICT OF CALIFORNIA
                      EASTERN DIVISION    BY DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL LENNY TEJADA<br><br>    Defendant. | 5:09-cr-00101-SSS-27<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- ALLEGATION OF NON CRIMINAL CONVICTION

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- ALLEGATION OF ABSCONDING
- SUBMISSION TO DETENTION
- ALLEGATION OF SUBSTANCE ABUSE

IT IS ORDERED that defendant be detained.

DATED: 1/9/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE